GEORGE STUMPER, SR., *ET AL.*, PLAINTIFFS-PETITION-ERS, v. VICTOR KIMEL, DEFENDANT-RESPONDENT AND BRUNO HENNIG, *ET AL.*, DEFENDANTS.

See same case below: 108 *N. J. Super.* 209.

*Messrs. Calissi, Gelman, Cuccio & Klinger* and *Mr. John J. Baldino* for the petitioner.

*Messrs. Shanley & Fisher, Mr. Raymond M. Tierney, Jr.,* and *Mr. Philip D. Saxer* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY W. GREEN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth C. Krause* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Edward Fitzpatrick* for the respondent.

April 14, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH MARNIN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Mary Aurigemma* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Robert L. Podvey* for the respondent.

April 14, 1970. Denied.